ORDERED UNSEALED on 07/13/2021 s/ anthonyh

SEALED

**FILED**
May 05 2021
4:35 pm
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ emilybl   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

December 2020 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRANDON LAUDERDALE BLOCK,<br><br>　　　　Defendant. | Case No.  '21 CR1369 JAH<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C., Sec. 7(7) – Special Maritime and Territorial Jurisdiction of the United States; Title 18, U.S.C., Sec. 113(a)(6) – Assault Resulting in Serious Bodily Injury |

The grand jury charges:

On or about October 20, 2017, while on an aircraft in the special maritime and territorial jurisdiction of the United States, namely, Singapore Airlines Flight 11, traveling from Los Angeles International Airport, within the Central District of California, to Tokyo Narita International Airport, defendant BRANDON LAUDERDALE BLOCK, being currently a resident of the Southern District of California, assaulted G.S. by choking G.S., causing G.S. to suffer serious bodily injury; in violation of Title 18, United States Code, Sections 7(7) and 113(a)(6).

DATED: May 5, 2021.

RANDY S. GROSSMAN
Acting United States Attorney

By: _____
SHITAL H. THAKKAR
Assistant U.S. Attorney

SHTH:nlv:San Diego:5/4/21